**IT IS ORDERED as set forth below:**



**Date: January 2, 2020**

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Brenda L McMillin,**<br>    Debtor. | Case No.:  19−41314−EJC<br>Judge:   Edward J. Coleman III<br>Chapter:  7 |

## ORDER APPOINTING LISTING AGENTS

   The Application of the Trustee, Wendy A. Owens for appointment of BK Global Real Estate Service, Auction.com, and Penny Rafferty as Listing Agents for the Trustee, Wendy A. Owens having been considered and it appearing to the Court that the employment of BK Global Real Estate Services, Auction.com, and Penny Rafferty is necessary and beneficial to this estate,

   It further appearing that the Listing Agents has no adverse interest to those of this estate, and that the employment is proper,

   IT IS THEREFORE ORDERED that the Trustee, Wendy A. Owens is authorized to employ the services of BK Global Real Estate Services, Auction.com, and Penny Rafferty as Listing Agents for the Trustee, Wendy A. Owens subject to objection by any party in interest within twenty−one (21) days of the date hereof. The compensation of such Listing Agents will be later fixed and determined by the Court in such manner as the Court may from time to time direct after notice to creditors.

**[END OF DOCUMENT]**

B−04e [07−14]