# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Brenda L McMillin,**  
  Debtor.

Case No.: 19–41314–EJC

Judge:  Edward J. Coleman III

Chapter:  7

## ORDER REQUIRING SERVICE BY TRUSTEE

**IT IS ORDERED THAT:**

1) TRUSTEE Wendy A. Owens shall mail, on or before March 4, 2020, a copy of Motion to Sell Free and Clear of Liens (Doc. #36), Motion to Defer Filing Fee (Doc. #37), and Order and Notice Re: Motion to Sell Free and Clear of Liens and Motion to Defer Filing Fee (Doc. #43) to all parties required by the Bankruptcy Code and Rules.

2) TRUSTEE Wendy A. Owens shall complete and file with the Court a Certificate of Service immediately upon mailing.



Edward J. Coleman III  
United States Bankruptcy Judge  
125 Bull St, Rm 213  
P.O. Box 8347  
Savannah, GA 31412

Dated: **February 26, 2020**

*B–07 [Rev. 02 /20]* **HKB**